LESTER J. MARSTON
California State Bar No. 081030
RAPPORT AND MARSTON
405 West Perkins Street
P.O. Box 488
Ukiah, CA 95482
Telephone: (707) 462-6846
FAX: (707) 462-4235
E-mail: marston1@pacbell.net

Attorneys for Defendants
EDWIN R. SCOTT and
WASHETERIA LAUNDROMAT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINIDAD MORALES,<br><br>    Plaintiff,<br><br>v.<br><br>EDWIN R. SCOTT, and WASHETERIA LAUNDROMAT, 1577 SOUTH MAIN STREET, WILLITS, CA, and DOES 1-10, Inclusive,<br><br>    Defendants. | Case No. C-6 0013 JL<br><br>NOTICE OF MOTION AND MOTION FOR AN ORDER ENLARGING TIME TO FILE A CASE MANAGEMENT STATEMENT, FOR A CONTINUANCE, AND AN ORDER SHORTENING TIME<br>[FED. R. CIV. P. 6(b)(2)] |

  Defendants Edwin R. Scott and Washeteria ("Defendants") hereby give notice that they will, and hereby do, move the Court for an order enlarging the time for Defendants to file a case management statement, a continuance of the case management conference, and an order shortening time for providing plaintiff with notice of the filing of the defendants motion for an enlargement of time and for a continuance of the case management conference in the above-captioned case.

  Defendants' motion for an order shortening time, for an enlargement of time and for a continuance of the case management conference is made pursuant to Rule 6(b)(2) of the Federal Rules of Civil Procedure. This motion is made on the following grounds:

  1.  Defendants failed to file the case management statement pursuant this Court's

S:\LJM\Pldgs07\Scott\NotMot.EnlargeTime.wpd

NOTICE OF MOTION AND MOTION FOR ORDER ENLARGING TIME TO FILE CASE MANAGEMENT STATEMENT, FOR CONTINUANCE, FOR ORDER SHORTENING TIME

1

March 26, 2007 Notice, as a result of excusable neglect on the part of counsel for Defendants, as counsel for Defendant had been led to understand that another attorney was to be substituted as counsel of record in this case and that he would file the case management statement.

2. Counsel for Defendants did not learn that prospective substitute counsel had failed to file the Notice of Substitution of Counsel and the case management statement until April 13, 2007.

3. Defendants seeks an enlargement of time of two weeks, to April 25, 2007, in order to allow substitute counsel time file the case management statement and a continuance of the date of the case management conference to May 2, 2007, in order to allow substitute counsel to prepare for the case management conference.

4. Because counsel for Defendants did not learn that substitute counsel had failed to file the case management statement until April 13, 2007, and the case management conference is scheduled for April 18, 2007, counsel for Defendants cannot file this notice five days before the case management conference, as required by the Fed. R. Civ. P. 6(d). Counsel for Defendants, therefore, asks for an order shortening time to allow the Court to rule on this motion on or before April 18, 2007.

This motion is based on all pleadings and papers already on file herein, the memorandum of points and authorities filed in support of this motion, the Declaration of Lester J. Marston filed in support of this motion, and such other pleadings, papers, evidence or argument as may be presented in subsequent filings or any hearing scheduled by the Court on this motion.

Dated: April 13, 2007

RAPPORT AND MARSTON

By: *(signature)*

LESTER J. MARSTON
Attorneys for Attorney for Defendants
Edwin R. Scott and Washeteria Laundromat

*[Stamp: DENIED — Judge James Larson — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

S:\LJM\Pldgs07\Scott\NotMot.EnlargeTime.wpd

NOTICE OF MOTION AND MOTION FOR ORDER ENLARGING TIME TO FILE CASE MANAGEMENT STATEMENT, FOR CONTINUANCE, FOR ORDER SHORTENING TIME

2

# CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2007, I electronically transmitted: (1) Notice of Motion and Motion for an Order Enlarging Time to File a Case Management Statement, For a Continuance, and an Order Shortening Time; (2) Memorandum of Points and Authorities in Support of Defendants' Motion for an Order Enlarging Time, For a Continuance, and an Order Shortening Time; (3) Declaration of Lester J. Marston in Support of the Defendant's Motion for an Order Enlarging Time to File a Case Management Statement, For a Continuance, and for an Order Shortening Time; and (4) proposed Order, to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to counsel for the plaintiff, who is a CM/ECF registrant.

I also served plaintiff's counsel, Kim F. Mallory, by: (1) fax to 510-223-3652, e-mail to lofkfm@sbcglobal.net, and mail to P.O. Box 21146, El Sobrante, CA, 94820.

Dated: April 17, 2007

/s/ Christine Feller
Christine Feller

S:\LJM\Pldgs07\Scott\NotMot.EnlargeTime.wpd

NOTICE OF MOTION AND MOTION FOR ORDER ENLARGING TIME TO FILE CASE MANAGEMENT STATEMENT, FOR CONTINUANCE, FOR ORDER SHORTENING TIME

3