

# Law Offices of Kim F. Mallory

July 31, 2007



Honorable Judge Larson
United States District Court
Northern District
450 Golden Gate Avenue
San Francisco, CA 94102

RE:   CASE: TRINIDAD MORALES v. EDWIN SCOTT ET AL.
         C06-0013 JL

Dear Judge Larson:

Please be advised that the parties in this action have entered into a settlement agreement. The appropriate documentation will be filed within seven days.

Please remove the case management conference from the Court schedule.

Thank you for your assistance in this matter.

Yours very truly,

Kim F. Mallory

KFM:hs

Case management conference continued to September 5, 2007 at 10:30 am

SO ORDERED

JAMES LARSON
U.S. CHIEF MAGISTRATE JUDGE

